UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LANITA DOTSON,

                        Plaintiff,

  v.                                                   Case No. 16-cv-1008-pp

RANDY ZIELIEKE, *et al.*,

                        Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE (DKT. NO. 26)**

---

On June 24, 2017, the court issued an order, requiring the plaintiff to show cause why the court should not dismiss her case for failure to respond to the defendants' motion for summary judgment based on exhaustion of administrative remedies. Dkt. No. 25. On July 5, 2017, the court received the plaintiff's response—she explained that she did not know that she had to respond to the motion, given that she had filed her motion for summary judgment first. Dkt. No. 26. She also requested to voluntarily dismiss her case so that she can exhaust administrative remedies and refile later. Id. The court will grant that request, and will dismiss the case without prejudice. See Fed. R. Civ. P 41(a)(2).

The court **GRANTS** the plaintiff's letter motion to voluntarily dismiss her

case. Dkt. No. 26. The court **ORDERS** that this case is **DISMISSED** without prejudice.

Dated in Milwaukee, Wisconsin, this 11th day of July, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**